# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CURTIS LENNEL WILLIAMS,

    Plaintiff,

v.

A. SALDIVAR,

    Defendant.

Case No. CV 07-1276-JSL (JTL)

ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing this action without prejudice.

DATED: 8/31/09

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE