# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LENNEL WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>A. SALDIVAR,<br><br>   Defendant. | Case No. CV 07-1276-JSL (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: 8/31/09

/s/ Spencer Letts
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE